## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

CHAD WILLIAMS,

Defendant.

DECISION and ORDER

15-MJ-4128

**Siragusa, J.** On August 10, 2015, defendant Chad Williams ("Williams") was arrested and charged in a Criminal Complaint with possession and concealment of counterfeit currency, in violation of 18 U.S.C.5 472, ECF No. 1. By order entered June 28, 2016, Magistrate Judge Marion W. Payson ordered that Williams be examined by Dr. R.P. Singh ("Singh"), M.D., M.B.B.S., in Rochester, New York, to determine whether he was suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense, ECF No. 28. Subsequently, Magistrate Judge Payson conducted a hearing to determine whether defendant was competent to stand trial. On August 11, 2016, Magistrate Judge Payson filed a Report and Recommendation ("R&R"), ECF No. 34, recommending that the Court determine that the defendant is not competent to stand trial and further recommended, pursuant to 18 U.S.C. § 4241(d)(1), that the district court commit Williams to the custody of the Attorney General for treatment, in a suitable facility for a reasonable period not to exceed four months, to determine whether there is a substantial probability that Williams would be able to attain the capacity to stand trial. Both the Government and

Avik Ganguly, Esq., counsel for Williams, have indicated that they have no objections to Magistrate Judge Payson's R&R (see letters attached).

Accordingly, for the reasons set forth in the Magistrate Judge Payson's R&R, the Court finds that the defendant is not competent to stand trial and orders that the defendant be committed to the custody of the Attorney General for a reasonable period, not to exceed four months, to determine "whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." 18 U.S.C. § 4241(d)(1).

IT IS SO ORDERED.

Dated: Rochester, New York
        August 12, 2016

ENTER:

/s/ Charles J. Siragusa
CHARLES J. SIRAGUSA
United States District Judge

2

# Ganguly BROTHERS PLLC
### ATTORNEYS AND COUNSELORS AT LAW

BRIGHTON CAMPUS PARK, 2024 WEST HENRIETTA ROAD, SUITE 3D ROCHESTER, NEW YORK 14623
PHONE NO. (585) 232-7747 • FAX NO. (585) 219-8319

AVIK K. GANGULY, ESQ.
AVIK@GANGULYLAW.COM

ANJAN K. GANGULY, ESQ.
ANJAN@GANGULYLAW.COM

AMANDA DARBY, ESQ.
ASSOCIATE
DARBY@GANGULYLAW.COM

JEREMY P. SMITH
OFFICE ADMINISTRATOR
JEREMY@GANGULYLAW.COM

April 11, 2016

**RECEIVED**

**Via Facsimile**

**585-613-4055**

AUG 1 ~ ~

CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

**Hon. Charles J. Siragusa**
**U.S. District Court Judge**
**233 U.S. Courthouse**
**100 State Street**
**Rochester, NY 14614**

> **RE:**    USA v. Chad Williams 6:15-mj-04128-MWP

Dear Judge Siragusa:

     I have carefully reviewed the report from Dr. Singh and the Report and Recommendations filed by Judge Payson dated August 11, 2016, concerning Chad Williams lack of competency. I do not have any objections to the Report and Recommendations being adopted by the District Court and for an Order consistent with the Report and Recommendations to be issued.

     Please contact me with any concerns.

Best Regards,

Avik K. Ganguly

cc:    Craig Gestring, Esq.
      Assistant United States Attorney

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*          *(585) 263-6760*
*Rochester, New York 14614*          *fax (585) 399-3920*
*Writer's Telephone (585) 399-3979*
*craig.gestring@usdoj.gov*

August 11, 2016

Hon. Charles J. Siragusa
U.S. District Judge
100 State Street
Rochester, N.Y.   14614

RECEIVED

AUG 1 1 2016

CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

    Re:   United States v. Chad Williams
        11-CR-6098

Dear Judge Siragusa:

    Magistrate Payson will be issuing her Report and Recommendations later today on the above-referenced defendant.   The government has no objection to the report.

        Respectfully submitted,

        WILLIAM J. HOCHUL, JR.
        United States Attorney

By:   CRAIG R. GESTRING
        Assistant U.S. Attorney

CRG/lmy
cc:   Avik K. Ganguly, Esq.